COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-12-01163-CV |
| Style: | Feroze Abdullah |
| | **v** Amreit SPF Shadow Creek, LP |
| Date motion filed[*]: | January 24, 2014 |
| Type of motion: | Motion for extension of time to file motion for rehearing |
| Party filing motion: | Appellant |
| Document to be filed: | Motion for rehearing |

Is appeal accelerated?    No

If motion to extend time:

| | |
|---|---|
| Original due date: | January 22, 2014 |
| Number of previous extensions granted: | Zero |
| Date Requested: | February 13, 2014 |

Ordered that motion is:

☒    Granted

Document due:  February 13, 2014

☒   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

☐    Other: _____

_____

_____

_____

Judge's signature:   /s/ Michael Massengale
☒ Acting individually     ☐ Acting for the Court

Date:  January 30, 2014

November 7, 2008 Revision